# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Pink Lotus Entertainment, LLC

                      Plaintiff,

v.                                                  Case No.: 1:11−cv−08338
                                                Honorable Samuel Der−Yeghiayan

John Doe

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 20, 2012:

      MINUTE entry before Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 05/09/12 at 9:00 a.m. As stated on the record, Plaintiff is given leave to issue a subpoena to determine the user of the internet protocol address. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.