IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINK LOTUS ENTERTAINMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | CASE NO. 1:11-cv-8338 <br><br> Judge: Honorable Samuel Der-Yeghiayan |

**PLAINTIFF'S NOTICE OF MOTION FOR ORDER TO SHOW CAUSE**

PLEASE TAKE NOTICE that on May 9, 2012, at 9:00 a.m., the undersigned shall appear before the Honorable United States Judge Samuel Der-Yeghiayan, or whomever is sitting in his stead, in Courtroom 1903 at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff's Motion for Order to Show Cause.

Respectfully submitted,

PINK LOTUS ENTERTAINMENT, LLC

DATED: May 2, 2012

By: /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: 312-880-9160
Fax: 312-893-5677
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on May 2, 2012, I have caused a true copy of the foregoing to be served up the following individual by U.S. Mail First Class, postage prepaid:

Klint Christensen
1222 Lencioni Ct.
Geneva, IL 60134

                                                  /s/ Paul A. Duffy
                                                  Paul A. Duffy, Esq.