## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
## Eastern Division

Pink Lotus Entertainment, LLC
                        Plaintiff,

v.                                                   Case No.: 1:11−cv−08338
                                                         Honorable Samuel Der−Yeghiayan

John Doe
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 9, 2012:

      MINUTE entry before Honorable Samuel Der−Yeghiayan: Status hearing held. Plaintiff's motion for rule to show cause [10] is granted. Klint Christensen is ordered to appear on 06/12/12 at 9:00 a.m. in Courtroom 1903 for a rule to show cause hearing to show cause why he should not be held in contempt of Court. Klint Christensen is warned that failure to appear may result in a body attachment order being entered. As stated on the record, counsel for Plaintiff shall personally serve Klint Christensen with a copy of this order and a copy of the motion for rule to show cause. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.